BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2731

SEALED FILED

FEB 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2-12-CR-0077 JAM |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| BRANDON ALTON CONLEY and RAMON GERARDO ARMENTA, aka Lamberto Enrique Beltran, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Richard J. Bender to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of defendant CONLEY or February 29, 2012, whichever occurs first, absent further Order of the Court.

DATED: Feb 23 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1