1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,            )   NO. 2-12-cr-077 JAM
                                )
13    v.                         )   ORDER UNSEALING FILES
                                )
14 BRANDON ALTON CONLEY, and    )
   RAMON GERARDO ARMENTA,       )
15  aka Lamberto Enrique Beltran,)
                                )
16         Defendants.           )
                                 )
17 _____)

18      Upon application of the government, and good cause appearing

19 therefore, IT IS HEREBY ORDERED that the indictment and its files in

20 the above-referenced case be, and hereby are, UNSEALED.

21 DATED: March 1, 2012

22                                   /s/ Carolyn K. Delaney
                                     HONORABLE CAROLYN K. DELANEY
23                                   United States Magistrate Judge

24

25

26

27

28