**FILED**
March 1, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRANDON ALTON CONLEY, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-cr-00077-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brandon Alton Conley</u>; Case <u>2:12-cr-00077-JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $75,000, co-signed by Candice and Ryan Conley.

__   Appearance Bond with 10% Deposit

__   Appearance Bond secured by Real Property

__   Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>March 1, 2012</u> at <u>2:37 pm</u>

By _____
Carolyn K. Delaney
United States Magistrate Judge