BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2731
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                     Plaintiff,<br><br>v.<br><br>BRANDON CONLEY, and<br>RAMON GERARDO ARMENTA,<br><br>                     Defendants. | CASE NO.   2:12-cr-077 JAM<br><br>**STIPULATION CONTINUING<br>STATUS CONFERENCE** |

A status conference is scheduled in this case for April 24, 2012.  Counsel for all parties agree that it would be appropriate to continue the status conference for two weeks until May 8, 2012 at 9:30 a.m.  The reason for the request is that plea offers are going out today and it will allow defense counsel to review the offers with their clients and consider whether the case will likely be settled or whether a motions/trial schedule should be set.  The Indictment in this case was filed on February 23, 2012, discovery went out promptly and the case is progressing at a steady pace.  It is also requested that time be excluded under the Speedy Trial Act (18 U.S.C. Section 3161(h)(7)(ends of

//
//
//
//

Stipulation and Order continuing Status Conference

1

PDF created with pdfFactory trial version www.pdffactory.com

justice served by allowing defense counsel sufficient time to consider and consult with clients on plea offer) from April 24, 2012, through May 8, 2012.

Dated: April 23, 2012				Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

						by: /s/ Richard J. Bender
						RICHARD J. BENDER
						Assistant U.S. Attorney

Dated: April 23, 2012
						   /s/ Kirk McAllister   (by RJB)
						KIRK McALLISTER
						Attorney for Ramon Gerardo Armenta

Dated: April 23, 2012			    /s/ Christopher Cosca (by RJB)
						CHRISTOPHER COSCA
						 Attorney for Brandon Alton Conley

## ORDER

It is SO ORDERED,

This 23rd day of April, 2012

						/s/ John A. Mendez
						JOHN A. MENDEZ
						U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com