BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2731
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO.   2:12-cr-077 JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION CONTINUING STATUS CONFERENCE** |
| BRANDON CONLEY, and RAMON GERARDO ARMENTA, | |
| Defendants. | |

A status conference is scheduled in this case for May 7, 2012.  Counsel for all parties agree that it would be appropriate to continue the status conference for two weeks until May 22 2012 at 9:30 a.m.  The reason for the request is that defense counsel need additional time to review and discuss plea offers with their clients to determine whether the case will likely be settled or whether a motions/trial schedule should be set.  The Indictment in this case was filed on February 23, 2012, discovery went out promptly and the case is progressing at a steady pace.  It is also requested that time be excluded under the Speedy Trial Act (18 U.S.C. Section 3161(h)(7)(ends of

//
//
//
//

Stipulation and Order continuing Status Conference

1

PDF created with pdfFactory trial version www.pdffactory.com

justice served by allowing defense counsel sufficient time to consider and consult with clients on plea offer)  from May 8, 2012 through May 22, 2012.

Dated:  April 23, 2012                    Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 by: /s/  Richard J. Bender
                                                 RICHARD J. BENDER
                                                 Assistant U.S. Attorney

Dated:  April 23, 2012

                                        /s/ Kirk McAllister   (by RJB)
                                          KIRK McALLISTER
                                 Attorney for Ramon Gerardo Armenta

Dated:  April 23, 2012                       /s/ Christopher Cosca (by RJB)
                                          CHRISTOPHER COSCA
                                 Attorney for Brandon Alton Conley

## ORDER

It is SO ORDERED,

This 7TH day of May, 2012

                                             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com