BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2731
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>BRANDON CONLEY,<br><br>                    Defendant. | CASE NO.   2:12-cr-077 JAM<br><br>**STIPULATION CONTINUING<br>STATUS CONFERENCE** |

    A status conference is scheduled in this case for May 22, 2012.  Counsel for defendant Conley and the United States agree that it would be appropriate to continue the status conference until June 12, 2012 at 9:30 a.m.  The reason for the request is that counsel for defendant Conley needs additional time to review and discuss plea offers with his client to determine whether the case will likely be settled or whether a motions/trial schedule should be set.  The stipulation will not impact the schedule of codefendant Armenta who has entered into a plea agreement and is expected to change his plea on May 22, 2012.  The Indictment in this case was filed on February 23, 2012, discovery went out promptly, and the case is progressing at a steady pace towards resolution.

//

//

//

Stipulation and Order continuing Status Conference

1

PDF created with pdfFactory trial version www.pdffactory.com

It is also requested that time be excluded under the Speedy Trial Act (18 U.S.C. Section 3161(h)(7)(ends of justice served by allowing defense counsel sufficient time to consider and consult with clients on plea offer) from May 22, 2012, through June 12, 2012.

Dated: May 21, 2012             Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                by: /s/ Richard J. Bender
                                RICHARD J. BENDER
                                Assistant U.S. Attorney

Dated: May 21, 2012             ___/s/ Christopher Cosca (by RJB)___
                                CHRISTOPHER COSCA
                                Attorney for Brandon Alton Conley

**ORDER**

It is SO ORDERED,

May 22, 2012

                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                U. S. District Court Judge

Stipulation and Order continuing Status Conference

2

PDF created with pdfFactory trial version www.pdffactory.com