BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2731
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                  Plaintiff,<br><br>v.<br><br>BRANDON CONLEY,<br><br>                  Defendant. | CASE NO.   2:12-cr-077 JAM<br><br>**STIPULATION CONTINUING STATUS CONFERENCE** |

A status conference/change of plea is scheduled in this case for July 31, 2012. Complications have arisen concerning the change of plea concerning evidence newly discovered by the prosecution that is possibly relevant conduct and could impact guideline scoring.  The plea negotiations have been impacted and the parties have not reached an agreement on settlement at this point (although settlement has not been ruled out).  Counsel for defendant Conley and the United States agree that it would be appropriate to set this matter on for a status conference (possible change of plea) for August 14, 2012 at 9:45 a.m.  Additionally, government counsel is out of the office from July 27 – August 8, 2012 and unavailable to work on resolution of the matter.    If the case is not ready for a change of plea on August 14th, the government will request a trial date be set in the fall.

Stipulation and Order continuing Status Conference

1

PDF created with pdfFactory trial version www.pdffactory.com

It is also requested that time be excluded under the Speedy Trial Act (18 U.S.C. Section 3161(h)(7)(ends of justice served by allowing defense counsel sufficient time to consider and consult with clients on plea offer) from July 31, 2012, through August 14, 2012.

Dated: July 15, 2012                    Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  by: /s/ Richard J. Bender
                                                  RICHARD J. BENDER
                                                  Assistant U.S. Attorney

Dated: July 15, 2012                    /s/ Randy Thomas (by RJB)
                                                  RANDY THOMAS
                                                  Attorney for Brandon Alton Conley

### ORDER

It is SO ORDERED,

This 27th day of July, 2012

                                                  /s/ John A. Mendez
                                                  JOHN A. MENDEZ
                                                  U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com