BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2731
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>BRANDON CONLEY,<br><br>                    Defendant. | CASE NO.   2:12-cr-077 JAM<br><br>**STIPULATION CONTINUING MOTIONS SCHEDULE** |

Government counsel has requested additional time to respond to the defendant's motion because of an unanticipated diversion of government counsel's time to settle a case that had a fast approaching trial date. Defense counsel in this case, who has already filed his motions, has no objection to the government's request and the parties have agreed to the following dates for the District Court motions:

| Event | Old Date | New Requested Date |
|---|---|---|
| Government's Response | 10/23/2012 | 11/13/2012 |
| Defendant's Reply | 10/30/2012 | 11/26/2012 |
| Hearing | 11/13/2012 | 12/4/2012, at 9:45 a.m. |

Also outstanding is a discovery motion in which dates have not been set. It is requested that the parties be ordered to meet and confer on the motion by 11/2/12, that the government's response

Stipulation and Order continuing motions hearing
schedule

1

be due on 11/9/2012, that the defendant's reply be due 11/14/2012, and that the hearing be heard before the duty Magistrate Judge on 11/19/2012 at 2:00 p.m.

It is also requested that time be excluded under the Speedy Trial Act pursuant to the exception applicable to pending motions [18 U.S.C. Section 3161(h)(1)(D)] , from November 13, 2012, until the new motions hearing date of December 4, 2012.

Finally,  presently the trial in this matter is scheduled for 1/14/2013 and the trial confirmation hearing scheduled for 12/4/2012.  The parties recognize that depending on the disposition of the motions and whether an evidentiary hearing is needed, that schedule may need to be adjusted.   The parties will be prepared to adjust the schedule as necessary at the 12/4/2012 hearing (or before if requested by the Court).

Dated:  October 23, 2012                     Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            by: /s/  Richard J. Bender
                                            RICHARD J. BENDER
                                            Assistant U.S. Attorney


Dated:  October 23, 2012                    /s/ T. Louis Palazzo  (by RJB)
                                                T. LOUIS PALLAZO
                                            Attorney for Brandon Alton Conley


**ORDER**

It is SO ORDERED,

This 25th day of October, 2012

                                            /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                             U.S. District Court Judge

Stipulation and Order continuing motions hearing
schedule

2