```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

**FILED**

DEC 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON ALTON CONLEY, et al.,<br><br>Defendant. | 2:12-CR-0077 JAM<br><br>STIPULATION CONCERNING HANDLING OF CERTAIN WITNESS STATEMENTS ; ORDER |

At the request of defense counsel, the government is preparing to distribute some advance Jencks material consisting of a grand jury transcript and/or other material containing witness statements. The government believes that if this material were to be circulated it would potentially put the witness at risk of being injured, or at least threatened to be injured, by other persons who either want to discourage the particular witness from testifying at trial or who are generally opposed to anyone cooperating with law enforcement authorities.

Counsel for the defendant, T. Louis Palazzo, Esq., and counsel for the government have had discussions about this potential issue. They have agreed that as to all witness statements provided to the defense by the government after the date of this stipulation, that the defense will not allow the defendant or any other persons to have coor access to this material outside the presence of Mr. Pallazzo. Further, Mr. Pallazzo shall not allow the material, or copies thereof, to be shown or given to,

1

any other person with the exception of persons employed by or otherwise directly associated with the Palazzo Law Firm, including any defense investigator(s), in performance of their duties in this case. This does not prohibit defense counsel from allowing the defendant to simply read the witness statements under the supervision of defense counsel or persons employed by the Palazzo law firm. Finally, this agreement binds not only Mr. Palazzo, his staff and his investigators, but any other attorney that represents the defendant in the future in this case (whether substituted in the present criminal case, or on appeal, or in collateral attack of any conviction). To that end, Mr. Palazzo agrees to have any new defense counsel sign a copy of this stipulation verifying both the receipt of this stipulation and an agreement to be bound by its content, prior to forwarding the Jencks material to new counsel. Therefore, it is requested that the Court approve this stipulation and enter it as a Protective Order by signing below.

BENJAMIN B. WAGNER
United States Attorney

Date: 12/14/2012

By: RICHARD J. BENDER
Assistant United States Attorney

Date: 12/13/12

T. LOUIS PALAZZO
Attorney for Brandon Conley

ORDER

It is so ORDERED,
this 18th day of 2012

JOHN A. MENDEZ
U.S. District Judge

2