```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANN C. McCLINTOCK, Bar #141313
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRANDON ALTON CONLEY
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>              Plaintiff,            )<br>         v.                        )<br> BRANDON ALTON CONLEY,             )<br>              Defendant.           )<br> _____   ) | No. 2:12-cr-0077 JAM<br><br>**ORDER APPOINTING   COUNSEL** |

   The defendant, BRANDON ALTON CONLEY, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

   [ X ]  Federal Defender's Office for the Eastern District of California and its attorney, <u>ANN C. McCLINTOCK</u>;

   [  ]  CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

   On May 21, 2013, this Court relieved previously retained trial counsel, LOUIS PALAZZO, and provisionally appointed the Federal Defender Our office to represent Mr. Conley.  Docket entry no. 22.  With the assistance of the Federal Defender's Office, Mr. Conley has completed and submitted to chamber his financial affidavit which demonstrates that he qualifies for appointment of counsel as he is indigent and unable to pay for counsel

on appeal.  Mr. Conley requests the appointment of counsel.

As noted, it appears that Mr. Conley qualifies for such appointment.

DATED:  May 24, 2013

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

                *s/ Ann C. M<sup>c</sup>Clintock*
                ANN C. M<sup>c</sup>CLINTOCK
                Assistant Federal Defender

Having satisfied the court that BRANDON ALTON CONLEY is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED:  May 28, 2013

                /s/ John A. Mendez
                United States District Court Judge