HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
BRANDON ALTON CONLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRANDON ALTON CONLEY, ) <br> ) <br> Defendant-Movant. ) <br> ) <br> ) | No. 2:12-cr-00077-JAM <br><br> **SEALING ORDER** <br><br> JUDGE: Hon. John A. Mendez |

IT IS HEREBY ORDERED that the Request to Seal Exhibit B to Defendant-Movant's Second Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information is not available on the public docket. The Request and its Exhibit B are to be provided to the Court and Assistant United States Attorney Jeffrey A. Spivak.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: September 24, 2020          /s/ John A. Mendez_____
                                    John A. Mendez
                                    United States District Court Judge

Conley: Proposed Sealing Order