McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON ALTON CONLEY,<br><br>Defendant. | CASE NO. 2:12-CR-00077-JAM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Brandon Conley filed a motion for reduction in sentence and compassionate release on September 24, 2020. Docket No. 149. The government's response is due by October 5, 2020. Docket No. 151. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 149, be due on October 13, 2020; and

    b) The defense reply, if any, will be due on October 20, 2020.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: October 1, 2020 |  |
|  | */s/ Jeffrey A. Spivak*<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: October 1, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | /s/ Carolyn M. Wiggin<br>CAROLYN M. WIGGIN<br>Assistant Federal Defender<br>Counsel for Defendant |

**ORDER**

Pursuant to the stipulation of the parties, the government's opposition or response to defendant's motion is due on October 13, 2020. The defense reply, if any, will be due on October 20, 2020.

IT IS SO ORDERED.

| DATED: October 2, 2020 | /s/ John A. Mendez<br>HONORABLE JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |
|---|---|